

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-17-00176-CV

| | | |
|---|---|---|
| ANTHONY A. RIEDER; ED RAPEE III; AND CADBURY SOLUTIONS, LLC , Appellants | § | On Appeal from the 342nd District Court |
| | § | |
| | | of Tarrant County (342-288556-16) |
| v. | § | |
| | | October 18, 2018 |
| ALAN MEEKER AND CQUENTIA SERIES, LLC, Appellees | § | Opinion by Justice Walker |
| | § | |
| AND | | |
| | § | |
| KENNY WOODS, APPELLANT | | |
| | § | |
| v. | | |
| | § | |
| ANTHONY A. RIEDER; ED RAPEE III; AND CADBURY SOLUTIONS, LLC, APPELLEES | § | |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in part of the trial court's judgment. It is ordered that the judgment of the trial court is affirmed in part and reversed and remanded in part. We reverse that portion of the trial court's judgment granting Rieder, Rapee, and Cadbury's special

appearance as to, and dismissal of, Woods's claims against them. We affirm that portion of the trial court's judgment that denies Rieder, Rapee, and Cadbury's special appearance and forum non conveniens motion as to Meeker's and CQuentia's claims. We remand this case to the trial court for further proceedings consistent with this opinion.

It is further ordered that all parties shall bear their own costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By  /s/ Sue Walker
Justice Sue Walker